1  TONY WEST
   Assistant Attorney General, Civil Division
2  DAVID J. KLINE
   Director
3  COLIN A. KISOR (DC 497145)
   Senior Litigation Counsel
4  LANA L. VAHAB (DC 976203)
   Trial Attorney
5  Office of Immigration Litigation
   Civil Division, Justice Department
6  P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
7  Tel: (202) 532-4067
   Fax: (202) 305-7000
8  Email: lana.vahab@usdoj.gov

9  Attorneys for Defendants

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  AMNAR NAZIH HASHEM,              )   No. C 3:11-cv-2974
                                     )
15              Plaintiff,           )   **JOINT STIPULATION TO RESET**
                                     )   **DEFENDANTS' ANSWER DATE;**
16       v.                          )   **ORDER**
                                     )
17  DAVID STILL,                     )
    District Director of the United States )
18  Citizenship and Immigration Services, )
    San Francisco District Office, *et al.*, )
19                                   )
                Defendants.          )
20  _____)

21

22

23       Through their respective counsel, the parties hereby agree and stipulate as follows:

24       1.  Plaintiff, Amnar Nazih Hashem, filed his Complaint on June 16, 2011, and served it

25  on Defendants on June 23, 2011.  In his Complaint, Plaintiff seeks a writ of mandamus ordering

26  Defendant United States Citizenship and Immigration Services ("USCIS") to adjudicate his

27  adjustment of status application.

28       2.  Defendants' answer or responsive pleading is due on August 22, 2011.

JOINT STIPULATION TO RESET DEFENDANTS' ANSWER DATE
Case No. C 3:11-cv-2974

3.  The parties are actively involved in trying to resolve the dispute underlying Plaintiff's complaint without judicial intervention.  In the event the dispute is so resolved, Plaintiff would dismiss this action.

4.  Because this action may be resolved without judicial intervention and in the interest of judicial economy, Defendants request, and Plaintiff agrees to extend the deadline for the responsive pleading by thirty (30) days, to **September 21, 2011**, within which the Defendants must file and serve their answer or responsive pleading.

5.  If the parties resolve their dispute before September 21, 2011, they will notify the Court accordingly.

DATED: August 18, 2011                    Respectfully submitted,

_/s/Lana Lunskaya Vahab_
LANA LUNSKAYA VAHAB
Trial Attorney
United States Department of Justice
Civil Division,
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 532-4067
Fax: (202) 305-7000
E-mail: lana.vahab@usdoj.gov

**Counsel for Defendants**

_/s/Marc Alan Karlin_
Marc Alan Karlin
Karlin & Karlin
3701 Wilshire Blvd.
Suite 1035
Los Angeles, CA 90010
213-365-1555
Fax: 213-383-1166
Email: karlinlaw@msn.com

**Counsel for Plaintiff**

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Date:   8/22/2011

JOSEPH C. SPERO
Magistrate Judge