TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
COLIN A. KISOR (DC 497145)
Senior Litigation Counsel
LANA L. VAHAB (DC 976203)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067
Fax: (202) 305-7000
Email: lana.vahab@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMNAR NAZIH HASHEM, | No. C 3:11-cv-2974 |
| Plaintiff, | **JOINT STIPULATION TO RESET DEFENDANTS' ANSWER DATE; ORDER** |
| v. | |
| DAVID STILL, District Director of the United States Citizenship and Immigration Services, San Francisco District Office, *et al.*, | |
| Defendants. | |

Through their respective counsel, the parties hereby agree and stipulate as follows:

1. Plaintiff, Amnar Nazih Hashem, filed his Complaint on June 16, 2011, and served it on Defendants on June 23, 2011. In his Complaint, Plaintiff seeks a writ of mandamus ordering Defendant United States Citizenship and Immigration Services ("USCIS") to adjudicate his adjustment of status application.

2. Defendants' answer or responsive pleading is due on September 21, 2011, pursuant to

JOINT STIPULATION TO RESET DEFENDANTS' ANSWER DATE
Case No. C 3:11-cv-2974

1 | their first Joint Stipulation to Reset Defendants' Answer Date (ECF No. 8).

2 |     3. This is Defendants' Second Stipulation to Extend Time.

3 |     4. The parties are still actively involved in trying to resolve the dispute underlying Plaintiff's complaint without judicial intervention. In the event the dispute is so resolved, Plaintiff would dismiss this action.

    5. Because this action may be resolved without judicial intervention and in the interest of judicial economy, Defendants request, and Plaintiff agrees to extend the deadline for the responsive pleading by an additional thirty (30) days, to **October 21, 2011**, within which the Defendants must file and serve their answer or responsive pleading.

    6. If the parties resolve their dispute before October 21, 2011, they will notify the Court accordingly.

DATED: September 20, 2011    Respectfully submitted,

*/s/Lana Lunskaya Vahab*
LANA LUNSKAYA VAHAB
Trial Attorney
United States Department of Justice
Civil Division,
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067
Fax: (202) 305-7000
E-mail: lana.vahab@usdoj.gov

**Counsel for Defendants**

*/s/Marc Alan Karlin*
Marc Alan Karlin
Karlin & Karlin
3701 Wilshire Blvd.
Suite 1035
Los Angeles, CA 90010
213-365-1555
Fax: 213-383-1166
Email: karlinlaw@msn.com

**Counsel for Plaintiff**

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Date: 09/21/11



JOSEPH C. SPERO
Magistrate Judge