TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
J. MAX WEINTRAUB (VA 36188)
Senior Litigation Counsel
LANA L. VAHAB (DC 976203)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4067
Fax: (202) 305-7000
Email: lana.vahab@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMNAR NAZIH HASHEM,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID STILL,<br>District Director of the United States<br>Citizenship and Immigration Services,<br>San Francisco District Office, *et al.*,<br><br>        Defendants. | No. C 3:11-cv-2974<br><br>**JOINT STIPULATION DISMISSING THE ACTION WITHOUT PREJUDICE** |

**JOINT STIPULATION DISMISSING THE ACTION WITHOUT PREJUDICE**

Through their respective counsel, the parties agree and stipulate as follows:

    Defendant United States Citizenship and Immigration Services ("USCIS") is ready to adjudicate Plaintiff Amnar Nazih Hashem's ("Plaintiff's") adjustment of status application ("I-485"). To that end, USCIS mailed Plaintiff a Referral for FD 258 Fingerprints notice ("Notice") on October 19, 2011. The Notice asks Plaintiff to appear at the Santa Ana, California office of

1  USCIS for fingerprinting between October 19, 2011, and November 21, 2011 (the "scheduled
2  period"). Plaintiff agrees to appear for, and submit to, fingerprinting during this scheduled
3  period and to cooperate with USCIS to facilitate a timely adjudication of his application. USCIS
4  agrees to adjudicate Plaintiff's I-485 within 60 days of Plaintiff's submission of fingerprints.

5  Accordingly, the parties jointly stipulate under Federal Rule of Civil Procedure
6  41(a)(1)(A)(ii) to dismissal of this action without prejudice. The parties agree that Plaintiff may
7  reopen this action, upon filing notice thereof, in the event that USCIS has not adjudicated his I-
8  485 within 60 days of his submitting to fingerprinting during the scheduled period. The parties
9  further agree that if Plaintiff does not reopen this action within the period described above, the
10 Court will dismiss the action with prejudice.

11 The parties agree that, in the event that Plaintiff reopens this action in accordance with
12 this stipulated dismissal, Defendants shall respond to the Complaint within fifteen days of
13 reopening.

14 The parties further agree to bear their own fees and costs related to this litigation.

15

16 DATED: October 21, 2011              Respectfully submitted,

17 */s/Marc Alan Karlin* (with consent)   */s/Lana Lunskaya Vahab*

18 MARC ALAN KARLIN                     LANA LUNSKAYA VAHAB
   Karlin & Karlin                      Trial Attorney
19 3701 Wilshire Blvd.                  United States Department of Justice
   Suite 1035                           Civil Division
20 Los Angeles, CA 90010                Office of Immigration Litigation
   213-365-1555                         District Court Section
21 Fax: 213-383-1166                    P.O. Box 868, Ben Franklin Station
   karlinlaw@msn.com                    Washington, D.C. 20044
22                                      Tel: (202) 532-4067
   **Counsel for Plaintiff**            Fax: (202) 305-7000
23                                      E-mail: lana.vahab@usdoj.gov

24                                      **Counsel for Defendants**

25

26

27

28

JOINT STIPULATION DISMISSING THE ACTION WITHOUT PREJUDICE
Case No. C 3:11-cv-2974                 2

| | |
|---|---|
| 1 | **[Proposed] ORDER** |
| 2 | PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. |
| 3 | Date: 10/26/11 |



THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

JOINT STIPULATION DISMISSING THE ACTION WITHOUT PREJUDICE
Case No. C 3:11-cv-2974                   3